McGREGOR W. SCOTT
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

**FILED**

NOV 1 6 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>REAL PROPERTY LOCATED 501 WEST WALKER LANDING ROAD, WALNUT GROVE, CALIFORNIA, SACRAMENTO COUNTY, APN: 142-0110-007-0000, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO,<br><br>2015 CADILLAC XTS SEDAN, VIN: 2G61U5S32F9196425, NO CALIFORNIA LICENSE NUMBER, and<br><br>APPROXIMATELY $3,000.00 IN U.S. CURRENCY,<br><br>    Defendants. | 2:18-CV-02904-TLN-KJN<br><br>ORDER REGARDING CLERK'S ISSUANCE OF WARRANT FOR ARREST OF ARTICLES *IN REM* |

WHEREAS, a Verified Complaint for Forfeiture *In Rem* has been filed on November 1, 2018, in the United States District Court for the Eastern District of California, alleging that the 2015 Cadillac XTS Sedan, VIN: 2G61U5S32F9196425, No California License Number ("defendant vehicle") and the Approximately $3,000.00 in U.S. Currency ("defendant currency") are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for one or more violations of 21 U.S.C. §§ 841 *et seq.*;

And, the Court being satisfied that, based on the Verified Complaint for Forfeiture *In Rem* and the

1

affidavit of Drug Enforcement Administration Brian Nehring, there is probable cause to believe that the defendant vehicle and defendant currency so described constitutes property that is subject to forfeiture for such violation(s), and that grounds for the issuance of a Warrant for Arrest of Articles *In Rem* exist, pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

    IT IS HEREBY ORDERED that the Clerk for the United States District Court, Eastern District of California, shall issue a Warrant for Arrest of Articles *In Rem* for the defendant vehicle and defendant currency.

Dated: 11/15/2018

CAROLYN K. DELANEY
United States Magistrate Judge

Order Re Clerk's Issuance of Warrant for Arrest